**Fill in this information to identify the case:**

Debtor name: DJK Enterprises, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS
Case number (if known): 24-60126

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AEP<br>1 Riverside Plaza<br>Columbus, OH<br>43215-2372 | | | | | | $17,000.00 |
| Ameren<br>370 S Main St<br>Decatur, IL 62523 | | | | | | $4,700.00 |
| Ascentium Groove Tech<br>PO Box 11407<br>Birmingham, AL<br>35246-3059 | | | | | | $2,885.00 |
| Bank of Hillsboro<br>PO Box 310<br>Hillsboro, IL 62049 | | | | | | $14,000.00 |
| Blue Cross Blue Shield<br>1501 N Plano Rd<br>Ste #100<br>Richardson, TX 75081 | | | | | | $21,741.00 |
| Clean Laundry Funding<br>12935 Gravois Rd.<br>Saint Louis, MO 63127 | | | | | | $30,481.00 |
| Discover Business<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | | | | | | $11,900.00 |
| Effingham Asset Funding, LLC<br>2093 Philadelphia Pike, #5041<br>Claymont, DE 19703 | | | Disputed | $10,500,000.00 | $0.00 | $10,500,000.00 |

Debtor  **DJK Enterprises, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150-9058 | | | | | | $16,347.00 |
| Home Depot Pro<br>PO Box 509058<br>San Diego, CA 92150 | | | | | | $5,500.00 |
| Jansens Heating and Air<br>11984 E US Highway 40<br>Effingham, IL 62401 | | | | | | $6,900.00 |
| Nuxoll<br>1211 S Banker Street<br>Effingham, IL 62401 | | | | | | $4,000.00 |
| Oracle Hospitality<br>2300 Oracle Way<br>Austin, TX 78741 | | | | | | $6,500.00 |
| Royal Banks of Missouri<br>8021 Olive Boulevard<br>Saint Louis, MO 63130 | | | Disputed | | | $13,486,879.80 |
| SBA Eidl Loan<br>PO Box 3918<br>Portland, OR 97208-3918 | | | | | | $503,000.00 |
| Sysco Food Group<br>1 Sysco Drive<br>Lincoln, IL 62656 | | | | | | $55,000.00 |
| US Foods<br>PO Box 504854<br>Saint Louis, MO 63150-8454 | | | | | | $4,600.00 |
| US Small Business Administration COVID EIDL Servicing Center<br>14925 Kinsport Rd.<br>Fort Worth, TX 76155-2240 | | | | $500,000.00 | $0.00 | $500,000.00 |
| Weis Insurance<br>2101 South Banker St<br>Effingham, IL 62401 | | | | | | $15,000.00 |

Debtor  DJK Enterprises, LLC  
  Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Wente Plumbing and Fire Protection 1700 S Rainey Effingham, IL 62401 | | | | | | $14,500.00 |