**Fill in this information to identify the case:**

Debtor name: **DJK Enterprises, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known): **24-60126**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Electricity provider to hotel and convention center | |
| | State the term remaining | Annual | AEP<br>PO Box 6329<br>Carol Stream, IL 60197-6329 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Copier Lease<br>Account No. 582707 | |
| | State the term remaining | 12 months | De Lage Landen Copier Lease<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of warehouse space where Debtor stores seasonal decorations | |
| | State the term remaining | Annual | Effingham Electric Warehouse<br>c/o Bank of Hillsboro<br>PO Box 310<br>Hillsboro, IL 62049 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Direct TV carrier | |
| | State the term remaining | 48 months | Groove Technology Systems<br>700 Spring Forest Rd. Suite 105<br>Cary, NC 27513 |
| | List the contract number of any government contract | | |

| Debtor 1 | DJK Enterprises, LLC | | | Case number (if known) | 24-60126 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**  
State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Computer software lease | |
|---|---|---|---|
| | State the term remaining | 24 months | HP<br>200 Connell Dr.<br>Ste 500<br>Berkeley Heights, NJ 07922 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Hotel License Franchise Agreement with Holiday Inn | |
|---|---|---|---|
| | State the term remaining | 10+ years | Intercontinental Hotels Group<br>3 Ravinia Dr Suite 100<br>Atlanta, GA 30346-2149 |
| | List the contract number of any government contract | | |